# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SUHAIL ABDU ANAM, *et al.*,

      Petitioners,

      v.

BARACK H. OBAMA, *et al.*,

      Respondents.

Civil Action No. 04-1194 (TFH)

## ORDER

For the reasons set forth in the Memorandum Opinion filed herewith, it is hereby

**ORDERED** that Petitioner Musa'ab Omar Al Madhwani's (ISN 839) petition for habeas corpus is **DENIED**.

This is a final, appealable order.

January 6, 2010

 

_____
Thomas F. Hogan
United States District Judge